IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VIDSYL CRETENCIO, R.N. § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CAUSE NO. A-08-CA-614-JRN |
| § | |
| DAUGHTERS OF CHARITY HEALTH § | |
| SERVICES OF AUSTIN d/b/a SETON § | |
| NORTHWEST HOSPITAL § | |
| § | |
| Defendants. § | |

## JOINT ADR REPORT

Pursuant to the Court's Order dated August 19, 2009, the parties jointly file this report to notify the Court that the parties have successfully mediated the case. The parties will file the dismissal paperwork when it is finalized.

Respectfully submitted,

| | |
|---|---|
| **HIGGINBOTHAM & ASSOCIATES, LLC** | **CORNELL SMITH & MIERL, LLP** |
| 106 East 6th Street, Suite 900 | 1607 West Avenue |
| Austin, Texas 78701 | Austin, Texas 78701 |
| (512) 322-5719 Telephone | Telephone: (512) 328-1540 |
| (512) 692-2752 Facsimile | Telecopy: (512) 328-1541 |
| | |
| Elizabeth Higgibotham | Edward M. "Ted" Smith |
| State Bar No. 00787694 | State Bar No. 00791682 |
| | Elizabeth "Betsy" S. Chestney |
| | State Bar No. 24038103 |
| | |
| By: /s/ Elizabeth Higginbotham___ | By: /s/ Elizabeth S. Chestney |
| | |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |