IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VIDSYL CRETENCIO, R.N. | § § § § § § § | |
| v. | | CAUSE NO. A-08-CA-614-JRN |
| DAUGHTERS OF CHARITY HEALTH SERVICES OF AUSTIN | | |

## ORDER

Before the Court is the above-entitled and styled cause of action. On September 25, 2010, the Court received Parties' Notice of Settlement (Clerk's Dkt. No. 21). The Court has not received the Parties' Joint Stipulation of Settlement.

**IT IS THEREFORE ORDERED** that the Parties shall, by Monday, June 15, 2010, either submit their Joint Stipulation of Dismissal or **SHOW CAUSE** why they have not Joint Stipulation of Dismissal.

SIGNED this 1st day of June, 2010.

_____
JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE